IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **QUALITY CONTROL SYSTEMS CORP.**<br>1034 Plum Creek Drive<br>Crownsville, MD 21032<br><br>     Plaintiff,<br><br> v.<br><br>**U.S. DEPARTMENT OF TRANSPORTATION**<br>400 Seventh Street, S.W.<br>Washington, DC 20590<br><br>     Defendant. | Civil Action |

**COMPLAINT FOR INJUNCTIVE RELIEF**

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, for injunctive and other appropriate relief and seeking the disclosure and release of agency records improperly withheld from plaintiff by defendant U.S. Department of Transportation and its component, the National Highway Traffic Safety Administration.

**Jurisdiction and Venue**

2. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B). This court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

**Parties**

3. Plaintiff Quality Control Systems Corp. ("QCS") provides products, services, and research for many types of applications, concentrating in computer-intensive, statistical research with large databases. QCS is incorporated in the Commonwealth of Virginia and maintains its principal place of business in Crownsville, Maryland.

4. Defendant U.S. Department of Transportation ("DOT") is a Department of the Executive Branch of the United States Government and includes as a component the National Highway Traffic Safety Administration ("NHTSA"). DOT is an agency within the meaning of 5 U.S.C. § 552(f).

### The TREAD Act and its Reporting Requirements

5. The Transportation Recall Enhancement, Accountability, and Documentation ("TREAD") Act, Pub. L. 106-414, was passed by the Congress in 2000. Enactment of the legislation followed revelations that motor vehicle and tire manufacturers possessed important information that might have been useful in the early identification of potential safety defects.

6. Under NHTSA's regulations implementing the TREAD Act, motor vehicle and tire manufacturers are required to submit to the agency detailed Early Warning Reporting ("EWR") data about deaths, injuries, and property damage claims. All of the EWR information NHTSA receives is stored in a database called ARTEMIS (which stands for Advanced Retrieval, Tire, Equipment, and Motor Vehicle Information System).

### Plaintiff's FOIA Request and NHTSA's Denial of Access

7. By letter to NHTSA dated December 31, 2005, plaintiff submitted a Freedom of Information Act ("FOIA") request for "all information submitted by Ford Motor Company pursuant to 49 CFR 579.21 regarding claims made to Ford of deaths and injuries arising from tire-related incidents in Ford Explorer and Mercury Mountaineer utility vehicles." Plaintiff stated that it "would prefer to have this information in machine-readable, electronic format on CD or DVD disk(s)." Plaintiff further requested the expedited processing of its FOIA request, noting that "our analysis of data from the Fatality Analysis Reporting System for the 2003 and 2004 calendar years indicates that lack of expedited treatment could reasonably be expected to pose a threat to life and safety."

8. By letter to plaintiff dated February 3, 2006, NHTSA responded to plaintiff's FOIA request. NHTSA stated, in pertinent part:

> The information you seek currently is the subject of litigation before the United States District Court for the District of Columbia on the issue, among others, of whether the provision in the TREAD Act (Public Law 106-414) relating to disclosure of early warning data is an exemption (b)(3) statute under the FOIA. That litigation is expected to resolve the propriety of NHTSA's rulemaking related to the issue of whether this information may be disclosed to the public. Under these circumstances, the agency has issued a stay on the release of this type of information and I am withholding the requested information concerning deaths and injuries arising from the tire-related incidents in Ford Explorers and Mercury Mountaineer utility vehicles until a court decision is rendered.
>
> The information you seek is also covered by class determinations under the agency's Confidential Business Information rule, which affords confidential treatment to the information. Consequently, I am withholding the requested information concerning warranty claims, customer complaints, and field reports. The litigation referred to above also is expected to address the validity of the agency's class determinations. (citations omitted).

NHTSA advised plaintiff of its right to appeal the agency's decision to withhold the requested records.

9. By letter to NHTSA's Chief Counsel dated February 25, 2006, plaintiff appealed the agency's denial of its FOIA request.

10. By letter to NHTSA dated April 5, 2006, plaintiff advised the agency that the litigation cited by the agency in its letter of February 3, 2006, "has now been terminated." Plaintiff stated that, "[b]ecause the pendency of the litigation was the principal reason offered for withholding the death and injury data, the agency should now grant [plaintiff's pending] appeal and release the requested information."

11. By letter to plaintiff dated November 14, 2006, NHTSA denied plaintiff's appeal of the agency's initial determination to withhold the requested agency records. NHTSA advised plaintiff that the agency's decision is "administratively final" and that plaintiff may seek judicial review of the decision.

12. Plaintiff has exhausted the applicable administrative remedies.

13. Defendant DOT and its component, NHTSA, have wrongfully withheld the requested records from plaintiff.

### **Requested Relief**

WHEREFORE, plaintiff prays that this Court:

A. order defendant DOT and its component, NHTSA to disclose the requested records in their entirety and make copies available to plaintiff;

B. provide for expeditious proceedings in this action;

C. award plaintiff its costs and reasonable attorneys fees incurred in this action; and

D. grant such other relief as the Court may deem just and proper.

                Respectfully submitted,

_____
DAVID L. SOBEL
D.C. Bar No. 360418

1875 Connecticut Avenue, N.W.
Suite 650
Washington, DC 20009
(202) 246-6180
sobel@att.net

Counsel for Plaintiff

4

# CIVIL COVER SHEET

JS-44
(Rev. 2/01 DC)

**I (a) PLAINTIFFS**
QUALITY CONTROL SYSTEMS CORP.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ANNE ARUNDEL MD
(EXCEPT IN U.S. PLAINTIFF CASES)
88888

**DEFENDANTS**
U.S. DEP'T OF TRANSPORTATION

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION...

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
DAVID L. SOBEL, 1875 CONN. AVE., N
SUITE 650, WDC 20009, 202-246-618

Case: 1:07-cv-00590
Assigned To : Huvelle, Ellen S.
Assign. Date : 3/27/2007
Description: QUALITY CONTROL v. US. DOT

**II BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**
☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR    ☐ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

(3)

| ☐ G. *Habeas Corpus/2255* | ☐ H. *Employment Discrimination* | ☒ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
FOIA, 5 U.S.C. § 552

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23  DEMAND $  Check YES only if demanded in complaint JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO If yes, please complete related case form.

DATE 3/27/07  SIGNATURE OF ATTORNEY OF RECORD [signature]

JTC

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.