IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **QUALITY CONTROL SYSTEMS CORP.** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**U.S. DEPARTMENT OF TRANSPORTATION** )<br>)<br>Defendant. )<br>_____) | Civil Action |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned counsel of record for Quality Control Systems Corp., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of Quality Control Systems Corp. that have any outstanding securities in the hands of the public.

These representations are made in order that the judges of this Court may determine the need for recusal.

Respectfully submitted,

_____
DAVID L. SOBEL
D.C. Bar No. 360418

1875 Connecticut Avenue, N.W.
Suite 650
Washington, DC 20009
(202) 246-6180
sobel@att.net

Counsel for Plaintiff