UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUALITY CONTROL SYSTEMS, CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>TRANSPORTATION, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 07-590 (ESH) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant United States Department of Transportation respectfully requests an enlargement of time of one week to file a response to the Complaint. Specifically, defendant requests that the date for be extended from April 26, 2007 until May 3, 2007. Plaintiff, through its counsel, consents to the relief being sought in this motion. The grounds for this motion are set forth below.

Plaintiff brings this case under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Plaintiff seeks access to certain information submitted to the National Highway Transportation Administration ("NHTSA"), under the Transportation Recall Enhancement, Accountability, and Documentation Act ("TREAD"). In that statute, Congress requires automobile manufacturers and others to submit so-called early warning reporting ("EWR") data to the Secretary of Transportation. See 49 U.S.C. § 30166(m). Whether the provision governing disclosure of EWR data, 49 U.S.C. § 30166(m)(4)(C), qualifies as an Exemption 3 statute under the Freedom of Information Act, 5 U.S.C. § 552(b)(3), and thus prohibits the Secretary from publicly disclosing EWR data, is currently the subject of a case pending in the United States

Court of Appeals for the District of Columbia Circuit.[1]  That case is <u>Public Citizen, Inc. v. Peters</u>, No. 06-5304 (D.C. Cir.).  To date, NHTSA has not disclosed any EWR data in response to plaintiff's FOIA request.  Full briefing in the D.C. Circuit is currently getting underway in the <u>Public Citizen</u> case.[2]

      Counsel for the parties have conferred regarding the impact of the <u>Public Citizen</u> case on this matter.  Counsel have agreed that defendant will file an answer to the Complaint by May 3, 2007, and that they will continue to confer over the next week regarding whether this case should be stayed pending the resolution of <u>Public Citizen</u>.  As of the filing of this motion, defendant anticipates filing a motion to stay this action until the D.C. Circuit provides guidance on the Exemption 3 claim, and counsel need some additional time to confer.  Defendant anticipates filing an appropriate motion within a short time after filing the answer.

      The U.S. Attorney's Office was served with the Complaint in this matter on March 27, 2007.  This motion is filed in good faith and granting it will not unfairly prejudice any of the parties.  This is the first request to extend any deadline.

---

[1] NHTSA is also currently conducting a rulemaking proceeding relating to the treatment of certain categories of EWR data under Exemption 4 of the FOIA because at least some EWR arguably contains sensitive commercial information.  Exemption 4 of the FOIA protects from public disclosure information that is (1) commercial or financial, (2) obtained from a person, and (3) privileged or confidential.  <u>Public Citizen Health Research Group v. FDA</u>, 704 F.2d 1280, 1290 (D.C. Cir. 1983); <u>see also</u> 5 U.S.C. § 552(b)(4).  This information is being provided for purposes of background only, and nothing in this motion should be deemed either to invoke or to waive any applicable exemption available under the FOIA.

[2] Counsel assigned to this matter at both at NHTSA and the Department of Justice are the same counsel assigned to the <u>Public Citizen</u> case.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for responding to the Complaint be extended to and including May 3, 2007. A proposed order is attached.

Dated: April 26, 2007.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W - Room E4822.
Washington, D.C. 20530
(202) 514-7161
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUALITY CONTROL SYSTEMS, CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>TRANSPORTATION, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 07-590 (ESH) |

**ORDER**

UPON CONSIDERATION of defendant's consent motion for enlargement of time to file a response to the Complaint, the Court finds that good cause exists for the requested one-week enlargement. Accordingly, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and defendant shall have through and including May 3, 2007 to file a response to the Complaint.

_____                     _____
Date                                 ELLEN SEGAL HUVELLE
                                     United States District Judge


**Copies to Counsel of Record Through ECF**