UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUALITY CONTROL SYSTEMS, CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>TRANSPORTATION, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 07-590 (ESH) |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's May 9, 2007 Minute Order, defendant United States Department of Transportation, through its undersigned counsel, respectfully submits this status report.

Plaintiff seeks access under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), to certain information submitted by Ford Motor Company to the National Highway Transportation Administration ("NHTSA"), under the Transportation Recall Enhancement, Accountability, and Documentation Act, 49 U.S.C. § 30166(m) ("TREAD").  The information is part of what is known as early warning reporting ("EWR") data.  See id.  To date, NHTSA has not disclosed any EWR data in response to plaintiff's FOIA request, but NHTSA has now completed the process of searching for responsive information.  That information is being held by NHTSA's Chief Counsel's Office.

As the Court is aware, whether the provision governing disclosure of EWR data, 49 U.S.C. § 30166(m)(4)(C), qualifies as an Exemption 3 statute under the Freedom of Information Act, 5 U.S.C. § 552(b)(3), and thus prohibits the Secretary from publicly disclosing EWR data, is

currently the subject of a case pending in the United States Court of Appeals for the District of Columbia Circuit.  That case is Public Citizen, Inc. v. Peters, No. 06-5304 (D.C. Cir.).  As of the filing of this status report, all briefs have been submitted to the D.C. Circuit, but oral argument has not yet been scheduled.

Exemption 4 of the FOIA protects from public disclosure information that is (1) commercial or financial, (2) obtained from a person, and (3) privileged or confidential.  Public Citizen Health Research Group v. FDA, 704 F.2d 1280, 1290 (D.C. Cir. 1983); see also 5 U.S.C. § 552(b)(4).  NHTSA is also currently conducting a rulemaking proceeding relating to the treatment of certain categories of EWR data under Exemption 4 of the FOIA because at least some EWR arguably contains sensitive commercial information.  In the meantime, NHTSA contacted Ford Motor Company ("Ford") to request that Ford submit any request for confidential treatment of the EWR information that plaintiff seeks in this case.  By letter dated July 27, 2007, counsel for Ford advised NHTSA that Ford will not be asserting any grounds for confidential treatment under Exemption 4.

Accordingly, defendant respectfully submits that it is appropriate for the Court to continue refraining from scheduling any matters in this case until after full resolution of Public Citizen v. Peters by the D.C. Circuit.  Counsel for defendant, who are also assigned to the Public Citizen v. Peters case, will advise the Court when a decision is handed down.

Dated: August 7, 2007.

          Respectfully submitted,

          _____
          JEFFREY A. TAYLOR, D.C. Bar # 498610
          United States Attorney

                                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                                          Assistant United States Attorney

                                          /s/
                                          JANE M. LYONS, D.C. Bar # 451737
                                          Assistant United States Attorney
                                          555 4th Street, N.W - Room E4822.
                                          Washington, D.C.  20530
                                          (202) 514-7161
                                          (202) 514-8780 (facsimile)