# United States District Court
# For the District of Columbia

Quality Control Systems Corp.

      Plaintiff(s) )  **APPEARANCE**

vs.

U.S. Department of Transportation )  CASE NUMBER   1:07-cv-0590(ESH)

      Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Adam C. Sloane__ as counsel in this
                (Attorney's Name)

case for: __Ford Motor Company (applicant to be an intervenor)__
                (Name of party or parties)

October 24, 2007
Date

/s/ Adam C. Sloane
Signature

443272
BAR IDENTIFICATION

Adam C. Sloane
Print Name

Mayer Brown LLP, 1909 K Street, N.W.
Address

Washington D.C.    20006
City    State    Zip Code

(202) 263-3269
Phone Number

# United States District Court
# For the District of Columbia

Quality Control Systems Corp.

       Plaintiff(s)  )  **APPEARANCE**
          vs.  )
U.S. Department of Transportation  )  CASE NUMBER  1:07-cv-0590(ESH)
       Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Erika Z. Jones__ as counsel in this
                                (Attorney's Name)

case for: __Ford Motor Company (applicant to be an intervenor)__
                      (Name of party or parties)

October 24, 2007                                                                                                                                                                                                                           */s/ Erika Z. Jones*
Date                                                                   Signature

339465                                                                          Erika Z. Jones
BAR IDENTIFICATION                          Print Name

                                                                             Mayer Brown LLP, 1909 K Street, N.W.
                                                                             Address

                                                                             Washington D.C.     20006
                                                                             City              State           Zip Code
                                                                             (202) 263-3232
                                                                             Phone Number